UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLOTTE J. MIMS,

    Plaintiff,

v.                                            CASE NO. 3:04-cv-307-J-HTS

JO ANNE B. BARNHART,
Commissioner of
Social Security,

    Defendant.
_____

**O R D E R**

This cause is before the Court on Plaintiff's Attorney's Motion for Award of Attorney Fees Under 42 U.S.C. § 406(b) (Doc. #28; Motion), filed on December 11, 2006. The Memorandum in Support of Plaintiff's Attorney's Motion for Award of Attorney Fees Under 42 U.S.C. § 406(b) (Doc. #29; Memorandum) was also filed on December 11, 2006.

In the Motion, it is represented Defendant has no objection to the fee sought. Motion at 2. In reviewing the record herein, there appears to be some variance between the detailed records previously submitted, *see* Affidavit and Schedule of Hours and Costs Incurred of J. Nickolas Alexander, Jr. (Doc. #24) at 4-5, and the log currently presented. *See* Memorandum at 12. Before proceeding further, the Court will ask counsel's guidance.

In accordance with the foregoing, it is hereby

**ORDERED:**

Counsel for Plaintiff shall, within ten (10) days from the date of this Order, provide an amended log that comports with the earlier itemization, if appropriate, or explain the seeming inconsistencies.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of December, 2006.

/s/    Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
    *pro se* parties, if any

-2-