**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHARLOTTE J. MIMS,

    Plaintiff,

v.                                    CASE NO. 3:04-cv-307-J-HTS

MICHAEL J. ASTRUE,
Commissioner of
Social Security,[1]

    Defendant.
_____

**O R D E R**

    The Court is in the process of reviewing Plaintiff's Attorney's Motion for Award of Attorney Fees Under 42 U.S.C. § 406(b) (Doc. #28; Motion). Apparently, Ms. Mims entered into a contingency fee agreement with counsel, *see* Motion at 2; however, a copy of the agreement has not been furnished to the Court. A review of this document is necessary as 42 U.S.C. § 406(b) "calls for court review of [contingency fee] arrangements as an independent check, to assure that they yield reasonable results in particular cases." *Gisbrecht v. Barnhart*, 535 U.S. 789, 807 (2002).

---

    [1]    Pursuant to Rule 25, Federal Rules of Civil Procedure, Michael J. Astrue, Commissioner of Social Security, is substituted as Defendant herein.

Accordingly, Plaintiff's attorney shall, within five (5) days of the date of this Order, file a copy of the contingency fee agreement entered into with Plaintiff.

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of April, 2007.

/s/   Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
  pro se parties, if any